In the Matter of the Claim of MARY C. MORINITI, Respondent, v. PETER A. LOBELLO PIPE LINE CORP. et al., Appellants, and CAPP EXCAVATING CO. et al., Respondents-Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeals

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.